Benno Ashrafi, Esq. (CSBN 247623)
*bashrafi@weitzlux.com*
Tyler Stock, Esq. (CSBN 288178)
*tstock@weitzlux.com*
WEITZ & LUXENBERG, P.C.
1880 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 247-0921
Facsimile: (310) 786-9927

Attorneys for Plaintiff

JS-6

LINK 13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SMAGALA, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | CASE NO. 2:23-cv-10831-HDV-SSC<br><br>Los Angeles Superior Court Case No. 23STCV28589<br><br>**[~~PROPOSED~~] ORDER ON JOINT STIPULATION REGARDING REMAND OF CASE TO STATE COURT**<br><br>Initially Filed: November 20, 2023<br>Trial Date: None Set |

Pursuant to the stipulation between Plaintiff James Smagala and Defendants Johnson & Johnson and LTL Management LLC ("J&J Defendants"), and for good cause showing, it is hereby ordered that:

1. This action, originally filed in Los Angeles County Superior Court, as Case No. 23STCV28589, be REMANDED to the Superior Court of California, County of Los Angeles for all further proceedings;

2. All deadlines, dates, and events presently on calendar in this Court be vacated; and

3. Each party is to bear its own attorneys' fees and costs associated with the removal and remand of this matter.

IT IS SO ORDERED.

DATED: 1/10/24

HERNAN D. VERA
UNITED STATES DISTRICT JUDGE